LIPSON NEILSON P.C.
C. THOMAS LUDDEN, ESQ.
Nevada Bar No. 16573
3910 Telegraph Rd., Suite 200
Bloomfield Hills, Michigan 48302
Phone: (248) 593-5000
tludden@lipsonneilson.com

*Attorneys for Non-Party Tonja Van Roy*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JULIE SCHULZ HALBOWER, as Trustee of THE HALBOWER LEGACY TRUST,<br><br>      Plaintiff/Counter-Defendant,<br>v.<br><br>HISCOX SYNDICATE 33 OF LLOYD'S OF LONDON,<br><br>      Defendant/Counter-Plaintiff. | Case No: 2:24-cv-01826<br><br>**STIPULATION AND ORDER**<br><br>[ECF No. 4] |

## **STIPULATION AND ORDER**

Defendant/Counter-Plaintiff having filed a MOTION TO TRANSFER ENFORCEMENT OF SUBPOENA, OR, IN THE ALTERNATIVE, FOR COURT ORDER TO ENFORCE SUBPOENA; counsel for Tonja Van Roy, the Non-Party served with the Subpoena at issue having filed an appearance; this matter having come before the Court upon the stipulation of Defendant/Counter-Plaintiff and Non-Party Tonja Van Roy, as evidenced by the signature of their counsel below; and this Court being otherwise fully advised in the premises,

IT IS HEREBY STIPULATED AND AGREED that, good cause existing and pursuant to Federal Rule of Civil Procedure 45(f), the enforcement of the Subpoena shall be transferred to the United States District Court for the Western District of Michigan, where the underlying matter is pending, is assigned Case No. 1:22-cv-00964 and before Judge Robert J. Jonker and Magistrate Judge Sally J. Berens.

The parties respectfully request this Court enter an Order approving this stipulation.

DATED this 10th day of October, 2024.          DATED 10th this day of October, 2024.

**CLYDE & CO US LLP**                          **LIPSON NEILSON P.C.**

/s/ Lee H. Gorlin                              /s/ C. Thomas Ludden

_____                    _____
LEE H. GORLIN, ESQ.                            C. THOMAS LUDDEN, ESQ.
Nevada Bar No. 13879                           Nevada Bar No. 16573
7251 W. Lake Mead Blvd., Suite 430             3910 Telegraph Rd., Suite 200
Las Vegas, Nevada 89128                        Bloomfield Hills, Michigan 48302
Phone: (725) 248-2900                          Phone: (248) 593-5000
lee.gorlin@clydeco.us                          tludden@lipsonneilson.com

*Attorneys for Defendant/Counter-Plaintiff*    *Attorneys for Non-Party Tonja Van Roy*

**Order**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: October 18, 2024